UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

SHANNON BOUDREAUX,  CIVIL ACTION NO. 1:16-CV-863-P
Plaintiff

VERSUS  JUDGE DONALD E. WALTER

CONCORDIA PARISH  MAGISTRATE JUDGE PEREZ-MONTES
CORRECTIONAL, ET AL.
Defendants

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 20), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DENIED AND DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this _15_ day of _December_, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE